USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

ADRIENNE HALBERSTAM,

                              Plaintiff,

-against-

CHEMOCENTRYX, INC., GEOFFREY M. PARKER, JAMES L. TYREE, THOMAS A. EDWARDS, RITA I. JAIN, SUSAN M. KANAYA, THOMAS J. SCHALL, JOSEPH M. FECZKO, DAVID E. WHEADON, and JENNIFER L. HERRON,

                              Defendants.

----------------------------------------------------------------X

22-CV-7940 (LAK) (KHP)

ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on November 16, 2022 (doc. no 5) the Initial Case Management Conference currently scheduled for **December 13, 2022** is hereby adjourned *sine die*.

        **SO ORDERED.**

DATED:    New York, New York
              November 17, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge